UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEVORRIE JACKSON | CIVIL ACTION |
| VERSUS | NO. 19-11707 |
| COL. ALLEMAND | SECTION "M"(4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by the plaintiff, Jevorrie Jackson, is **TRANSFERRED** to the United States District Court for the Western District of Louisiana for further proceedings.

New Orleans, Louisiana, this 11th day of September, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE